UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO: |
| | : | |
| | : | <u>FILED UNDER SEAL</u> |
| v. | : | |
| | : | Violation: |
| | : | |
| SIMMEON D. WILLIAMS, | : | 18 U.S.C. § 371 |
| also known as "Sim," | : | (Conspiracy to Commit Armed Carjackings) |
| | : | |
| Defendant. | : | 21 U.S.C. §§841(a)(1), 841(b)(1)(A)(iii) |
| | : | (Possession with Intent to Distribute Five |
| | : | Grams or More of Cocaine Base) |
| | : | |
| | : | 18 U.S.C. § 922(q)(2)(A) |
| | : | (Possession of a Firearm in a School Zone) |

I N F O R M A T I O N

The United States informs the Court that:

<u>COUNT ONE</u>

On January 2, 2003, within the District of Columbia and the State of Maryland,

SIMMEON D. WILLIAMS, also known as "Sim," unlawfully, knowingly, and willfully did

conspire with other individuals whose identities are known to the government to commit an

armed carjacking, in violation of Title 18, United States Code, Section 2119.

<u>Object of the Conspiracy</u>

The object of the conspiracy was to carjack and steal two cars and other valuables at

gunpoint from drug dealers at an Amoco (now BP) Station at 4501 Eastern Avenue in Mount

Rainier, Maryland.

<u>Overt Acts in Furtherance of the Conspiracy</u>

During the course of and in furtherance of the conspiracy, members of the conspiracy did commit, among others, the following overt acts:

1.      In the early evening hours of January 2, 2003, members of the conspiracy agreed and conspired to participate in an armed robbery and carjacking at an Amoco (now BP) Station at 4501 Eastern Avenue in Mount Rainier, Maryland.

2.      Before the armed robberies and carjackings took place, members of the conspiracy met in the Taft Terrace neighborhood in upper northeast, Washington, D.C.

3.      After meeting in the Taft Terrace neighborhood in upper northeast, Washington, D.C., members of the conspiracy drove by the Amoco Station and spotted their intended targets, who were at the Station by two cars, a dark-colored four-door Cadillac Concourse and a blue four-door Lincoln Town Car.

4.      One of the targets of the planned robberies and carjackings was known as "Fats" or "Fat Lontay" (Delonta Jackson).  Another was known as "John" (John Crawford).  Members of the conspiracy knew that these individuals were drug dealers who regularly engaged in that activity at the Amoco Station.  Members of the conspiracy believed that these individuals, beyond their cars, would be likely to have money, drugs, guns, and other items of value.

5.      Members of the conspiracy agreed to rob "Fats" or "Fat Lontay" (Delonta Jackson) and "John" (John Crawford) at gunpoint and steal the cars – the Cadillac and the Lincoln – that were at the Amoco Station with them.  To that end, members of the conspiracy armed themselves with pistols.

6.    Members of the conspiracy stopped near the Amoco Station where three of the conspirators got out in order to go and actually commit the robberies and carjackings.  These three members of the conspiracy walked onto the lot of the Amoco Station.

7.    Members of the conspiracy forced "Fats" or "Fat Lontay" (Delonta Jackson), "John" (John Crawford), and a third individual who was with them, to the ground.  Members of the conspiracy searched "Fats" or "Fat Lontay" (Delonta Jackson), "John" (John Crawford), and a third individual who was with them, removing cash from all three and taking a jacket from "Fats" or "Fat Lontay" (Delonta Jackson).

8.    One member of the conspiracy took the Cadillac belonging to "John" (John Crawford) and drove it first to the Taft Terrace neighborhood in upper northeast, Washington, D.C., and then to the nearby Fort Lincoln neighborhood, also in northeast, Washington, D.C.

9.    Two members of the conspiracy took the Lincoln, listed to Obral Vance, and drove it first to the Taft Terrace neighborhood in upper northeast, Washington, D.C., and then to the nearby Fort Lincoln neighborhood, also in northeast, Washington, D.C.

10.    Members of the conspiracy searched the Cadillac and the Lincoln and removed items of value from both cars.

(Conspiracy, in violation of Title 18, United States Code, Section 371).

## COUNT TWO

On or about October 3, 2003, within the District of Columbia, SIMMEON D. WILLIAMS, also known as "Sim," did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance, and the amount of said

mixture and substance was five (5) grams or more, in violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(B)(iii).

> (Unlawful Possession With Intent to Distribute Five Grams or More of Cocaine
> Base, in violation of Title 21, United States Code, Sections 841(a)(1) and
> 841(b)(1)(B)(iii))

## COUNT THREE

On or about January 24, 2005, in the District of Columbia, SIMMEON D. WILLIAMS,

also known as "Sim," did unlawfully and knowingly possess a firearm, that being a Smith &

Wesson .40 caliber semi-automatic weapon, that had moved in and that otherwise affected

interstate and foreign commerce at a place which he knew and had reasonable cause to believe

was a school zone, that is, the Taft Special Educational Center, a school in the District of

Columbia.

> (Possession of a Firearm in a School Zone, in violation of 18 U.S.C.
> §922(q)(2)(A))

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


By: _____
MICHAEL D. BRITTIN
RACHEL CARLSON LIEBER
Assistant United States Attorneys
(202) 307-0106 (MDB)
(202) 353-8055 (RCL)

4