AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court     FILED

_____ DISTRICT OF _____

NOV 11 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WAIVER OF INDICTMENT |

SIMMEON D. WILLIAMS

CASE NUMBER: 1:05CR375

I, SIMMEON D. WILLIAMS , the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on November 7, 2005 prosecution by indictment and consent that the

Date

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer