UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

SIMMEON D. WILLIAMS

Criminal No. 1:05CR 375

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_Simmeon Williams_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_Michael D. [signature]_
Assistant United States Attorney

**APPROVED:**

_[signature]_
James Robertson
United States District Judge

Dated: