UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Docket No. CR-05-375-01 (JR) |
| | : | |
| v. | : | <u>Filed under Seal</u> |
| | : | |
| SIMMEON D. WILLIAMS | : | |

### ORDER

Upon consideration of the Government's Motion for a sentencing departure, its supporting memorandum, and the entire record herein, it is this 18th day of December, 2006,

ORDERED, that this Court finds that the Government has met its burden of demonstrating that the defendant has rendered substantial assistance to the Government in the investigation of others involved in criminal conduct, and it is further,

ORDERED, that the Court finds that the defendant is eligible to receive a sentencing departure pursuant to the provisions of § 5K1.1 of the United States Sentencing Guideline Manual and § 3553(e) of Title 18 of the United States Code.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

Michael D. Brittin
Assistant United States Attorney
555 4th Street, N.W., Room 9405
Washington, D.C. 20530

James W. Beane, Esq.
2715 M Street, N.W., Suite 250
Washington, D.C. 20007