HONORABLE JAMES ROBERTSON, UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

DEC ⌐ 8 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-375 (SEALED)</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| WILLIAMS, Simmeon D. | : | Disclosure Date: <u>November 3, 2006</u> |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                         **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
    (✓) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
**Defendant**                    **Date**          **Defense Counsel**          **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 17, 2006</u>, to U.S. Probation Officer **Kathie McGill**, telephone number <u>(202) 565-1421</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Gennine A. Hagar, Acting Chief
       United States Probation Officer



## JAMES W. BEANE, JR.
*Attorney at Law*

2715 M STREET, NW
SUITE 200
WASHINGTON, DC 20007
202-333-5905 Office • 202-333-5906 Facsimile
Email: beane.law@verizon.net
www.beanelaw.com

# FACSIMILE

**FROM:**  JAMES W. BEANE, JR.

**TO:**  CATHY MCGILL

**ORGANIZATION:**  US PROBATION

**FAX NUMBER:**  202-565-1421

**DATE:**  THURSDAY, NOVEMBER 30, 2006

**TIME:**  7:02 PM

**TOTAL PAGES (INCLUDING COVER PAGE):**  2

COMMENTS: PLEASE CALL AND CONFIRM RECEIPT OF THIS RECEIPT.

This facsimile is from a law office and is for the use of the intended recipient only. This facsimile may contain information that is privileged and confidential and/or attorney work product. If you are not the intended recipient, any use, disclosure, or copying of this communication is prohibited. If you receive this facsimile in error please do not read it; notify the sender, James W. Beane, Jr. at 202-333-5905 immediately; and destroy the facsimile.