UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-00375 (JR)** |
| | : | |
| **v.** | : | |
| | : | |
| **SIMMEON D. WILLIAMS** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned for all purposes to Assistant United States Attorney Karla-Dee Clark, at telephone number (202) 305-1368 and/or email address Karla-Dee.Clark@usdoj.gov. and that Assistant United States Attorney Michael Brittin no longer represents the United States in this matter.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          United States Attorney


By:         /s/
        KARLA-DEE CLARK
        Assistant United States Attorney
        D.C. Bar Number 435-782
        555 4th Street, N.W., Room 4846
        Washington, DC 20530
        (202) 305-1368
        Karla-Dee.Clark@usdoj.gov

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing notice has been mailed, first class, postage prepaid, to counsel for the defendant David Bos, Esquire, Federal Public Defender for the District of Columbia, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, this 16th day of May, 2008.

                                             /s/
                                  KARLA-DEE CLARK
                                  Assistant United States Attorney